IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Logan Berkowitz, | ) | Case No. FILED: AUGUST 28, 2008 |
| | ) | 08CV4940 |
| Plaintiff, | ) | JUDGE KENNELLY |
| | ) | MAGISTRATE JUDGE ASHMAN |
| v. | ) | NF |
| | ) | |
| Blue Cross Blue Shield of Illinois, | ) | (Circuit Court of Cook County, Case No. 2008L008042) |
| | ) | |
| Defendant. | ) | |

**NOTICE OF REMOVAL**

Defendant Blue Cross Blue Shield of Illinois, a Division of Health Care Service Corporation, a Mutual Legal Reserve Company[1] ("HCSC"), by its attorneys, Seyfarth Shaw LLP, and pursuant to 28 U.S.C. §§ 1441, and 1446, submits the following Notice of Removal on federal question grounds, with respect to the above-captioned case filed in the Circuit Court of Cook County, State of Illinois.  In support of its Notice of Removal, HCSC states:

1. On July 23, 2008, Plaintiff Logan Berkowitz ("Berkowitz") filed a Complaint in the Circuit Court of Cook County, State of Illinois, Case No. 2008L008042.  Service of process was completed on July 29, 2008.  Copies of the Complaint and other papers served upon HCSC are attached at Ex. 1.  These documents which constitute all "process, pleadings, and orders" served upon HCSC in the state court action seeking recovery against it.  28 U.S.C. §1446(a).

2. This Notice of Removal is filed with the Court within 30 days after receipt and is timely under 28 U.S.C. § 1446(b).

---

[1] The Complaint incorrectly names "Blue Cross Blue Shield of Illinois" as the Defendant. Moreover, the proper Defendant is United Air Lines Employee Welfare Benefit Plan ("the Plan").

CH1 11545436.2

3. HCSC may remove this action pursuant to 28 U.S.C. § 1441(b) because Berkowitz's claims arise under the laws of the United States, specifically the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. § 1001 *et seq.*

4. "[T]he ERISA civil enforcement mechanism is one of those provisions with such 'extraordinary pre-emptive power' that it 'converts an ordinary state common law complaint into one stating a federal claim for purposes of the well-pleaded complaint rule.'" *Aetna Health Inc. v. Davila*, 542 U.S. 200, 209 (2004). Therefore, "causes of action within the scope of the civil enforcement provisions of § 502(a) [are] removable to federal court." *Id.* (quoting *Metropolitan Life Ins. Co. v. Taylor*, 481 U.S. 58, 66 (1987)).

5. ERISA's applicable enforcement provisions include ERISA § 502(a)(1)(B), which provides that an employee benefit plan participant may bring a civil action "to recover benefits due to him under the terms of his plan, to enforce his rights under the terms of the plan, or to clarify his rights to future benefits under the terms of the plan." 29 U.S.C. § 1132(a)(1)(B).

6. Berkowitz's complaint asserts a claim of breach of contract by denial of benefits under a health care plan, governed by 29 U.S.C. § 1132(a)(1)(B).

7. Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." Under 28 U.S.C. § 93(a)(1), this Court embraces all of Cook County, State of Illinois. Accordingly, this Court is the appropriate court for removal of this action. 28 U.S.C. § 1441(a)

8. Written notice of the filing of this Notice of Removal has been provided to Berkowitz, together with a copy of the Notice of Removal and supporting papers. Pursuant to 28 U.S.C. §

1446(d), the same has been filed with the Clerk of the Circuit Court of Cook County, State of Illinois.

9. HCSC submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff, without conceding that Berkowitz has pleaded claims upon which relief can be granted, and without admitting that Berkowitz is entitled to any monetary or equitable relief whatsoever.

WHEREFORE, Defendant HCSC states that this action is properly removable and respectfully requests that this action now pending before the Circuit Court of Cook County, State of Illinois, be removed to this Court.

**DATED: August 28, 2008**                              Respectfully submitted,

BLUE CROSS BLUE SHIELD OF ILLINOIS,
a division of HEALTH CARE SERVICE
CORPORATION, a Mutual Reserve Company


By      s/ Jonathan J.C. Grey
              One of Its Attorneys

Ronald J. Kramer
Jonathan J.C. Grey
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000

## **CERTIFICATE OF SERVICE**

  The undersigned attorney certifies that he caused a true and correct copy of the foregoing **Notice of Removal** to be served upon:

       CONDON & COOK, L.L.C.
       745 N. Dearborn Street
       Chicago, Illinois 60654

by placing same in a properly addressed, postage prepaid envelope in the U.S. Mail on this 28th day of August, 2008.

              ___s/ Jonathan J.C. Grey_____
              Jonathan J.C. Grey

# EXHIBIT 1

```
08CV4940
JUDGE KENNELLY
MAGISTRATE JUDGE ASHMAN
NF
```

# EXHIBIT 1

CH1 11545436.2

| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| SUMMONS | ALIAS - SUMMONS | CCG N001-10M-1-07-05 ( ) |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

2008L008042
CALENDAR/ROOM T
TIME 00:00
Breach of Contract

(Name all parties)

LOGAN BERKOWITZ

v.

BLUE CROSS BLUE SHIELD OF ILLINOIS

No. _____

Health Care Service Corporation Illinois
State Pac, NFP c/o registered agent
CT Corporation System
208 S. LaSalle, Suite 814
Chicago, IL 60604

**SUMMONS**

To each Defendant:

**PLEASE SERVE**

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room 801, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60426

☐ Child Support
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: 21392
Name: Condon & Cook, LLC
Atty. for: Plaintiff
Address: 745 N. Dearborn Street
City/State/Zip: Chicago, IL 60654
Telephone: 312-266-1313
Service by Facsimile Transmission will be accepted at: _____

WITNESS, JUL 23 2008

DOROTHY BROWN
Clerk of Court CIRCUIT COURT

Date of service: _____
(To be inserted by officer on copy left with defendant or other person)

(SEAL)

(Area Code) (Facsimile Telephone Number)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

I.D. No. 21392
Our File No.: 840.14351

STATE OF ILLINOIS      )
                       ) SS.
COUNTY OF C O O K      )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| LOGAN BERKOWITZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: |
| | ) | |
| BLUE CROSS/BLUE SHIELD OF ILLINOIS | ) | |
| | ) | |
| Defendant. | ) | |

**COMPLAINT AT LAW**

NOW COMES Plaintiff, LOGAN BERKOWITZ, by and through his attorneys, CONDON & COOK, L.L.C., and complaining of Defendant, BLUE CROSS/BLUE SHIELD OF ILLINOIS, states as follows:

1. Jana German f/k/a Jana Berkowitz is an employee of United Airlines and a subscriber to United Airlines Employee Welfare Benefit Plan, hereafter referred to as the ("Plan") and the mother of Plaintiff, LOGAN BERKOWITZ.

2. Jana German f/k/a Jana Berkowitz receives various employee benefits, including, but not limited to, health care coverage under the Plan.

3. Logan Berkowitz obtains health care coverage, including dental coverage, under his mother's group plan with United.

4. Logan Berkowitz is a qualified beneficiary of health care benefits under the Plan pursuant to 29 USC 1132(a)(1)(B).

5. Defendant, Blue Cross/Blue Shield of Illinois, is a domestic corporation authorized to do business in the State of Illinois and engaged in the business of underwriting and issuing health insurance policies, and providing health insurance coverage for Plan subscribers.

6. Jana German f/k/a Jana Berkowitz provided consideration for health insurance coverage with Blue Cross/Blue Shield of Illinois for herself, and Plaintiff Logan Berkowitz, by entering into the Plan and paying premiums for medical coverage through the Plan.

7. On January 17, 2007, Plaintiff's treating dental physician, Dr. Michael Steichen, diagnosed Plaintiff as suffering from severe maxillary hypoplasia with relative mandibular hyperplasia resulting in a gross and severe malocclusion which is not correctable solely by orthodontic treatment.

8. On March 21, 2007, Plaintiff's treating physician, Dr. W. Pierce, diagnosed Plaintiff with maxillary hypoplasia and mandibular hyperplasia, conditions which affect Plaintiff's ability to chew food properly and which, if untreated, cause abnormal swallowing, choking and other health issues. Dr. Pierce recommended that an oral surgeon perform a surgical correction to remedy Plaintiff's proble.

9. Plaintiff made a claim under his mother's group plan for insurance coverage for corrective surgery to remedy the maxillary hypoplasia and mandibular hyperplasia.

10. On October 26, 2007, Blue Cross/Blue Shield denied Plaintiff's claim.

11. Plaintiff has duly complied with all conditions precedent required of him in submission of his claim.

12. Defendant, Blue Cross/Blue Shield of Illinois, by denying the claim, has

breached its contract with Plaintiff to Plaintiff's detriment.

WHEREFORE, Plaintiff, LOGAN BERKOWITZ, prays this Honorable Court enter judgment in his favor, and against Defendant, BLUE CROSS/BLUE SHIELD OF ILLINOIS, in an amount in excess of $50,000 plus costs and attorneys fees incurred in bringing this action.

Respectfully submitted,

CONDON & COOK, L.L.C.

_____
One of Plaintiff's attorneys

CONDON & COOK, L.L.C.
745 N. Dearborn Street
Chicago, Illinois 60654
(312) 266-1313

I.D. No. 21392
Our File No.: 840.14351

STATE OF ILLINOIS     )
                      ) SS.
COUNTY OF C O O K     )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

LOGAN BERKOWITZ,                    )
                                    )
    Plaintiff,                      )
                                    )
v.                                  )   No.:
                                    )
BLUE CROSS/BLUE SHIELD OF ILLINOIS  )
                                    )
    Defendant.                      )

## SUPREME COURT RULE 222 AFFIDAVIT

NOW COMES your Affiant, DAVID DJIRIKIAN, and states that the monetary damages sought in this matter exceed $50,000.00.

FURTHER YOUR AFFIANT SAYETH NAUGHT,

_____
David Djirikian

Subscribed and sworn to before me
this 22nd day of July, 2008

_____
NOTARY PUBLIC

OFFICIAL SEAL
VERA L. THOMPSON
Notary Public - State of Illinois
My Commission Expires Oct 30, 2010