IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Logan Berkowitz,               ) | |
| )  | |
| Plaintiff,          ) | Case No. |
| v.                                        ) | |
| ) | |
| Blue Cross Blue Shield of Illinois, ) | |
| ) | (Circuit Court of Cook County, |
| Defendant.     ) | Case No. 2008L008042) |

### **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Defendant, Blue Cross Blue Shield of Illinois, a Division of Health Care Service Corporation, a Mutual Legal Reserve Company[1] ("HCSC") pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule for the Northern District of Illinois 3.2A, for its Corporate Disclosure Statement states as follows:

HCSC is a privately owned company. HCSC has no parent corporation and no publicly held corporation owns more than 5% of its stock.

Respectfully submitted,

**DATED: August 29, 2008**

Ronald J. Kramer
rkramer@seyfarth.com
Jonathan J.C. Grey
jgrey@seyfarth.com
Seyfarth Shaw, LLP
131 S. Dearborn, Suite 2400
Chicago, IL  60603
312.460.5000 (phone)
312.460.7000 (facsimile)

Respectfully submitted,

BLUE CROSS/BLUE SHIELD OF ILLINOIS,
a division of HEALTH CARE SERVICE
CORPORATION, a Mutual Reserve Company

By:_____s/ Ronald J. Kramer_____
One of Its Attorneys

---

[1] The Complaint incorrectly names "Blue Cross Blue Shield of Illinois" as the Defendant.

CH1 11551834.1

## **CERTIFICATE OF SERVICE**

      The undersigned attorney certifies that he caused a true and correct copy of the foregoing **Defendant's Corporate Disclosure Statement** to be served upon:

CONDON & COOK, L.L.C.
745 N. Dearborn Street
Chicago, Illinois 60654

by placing same in a properly addressed, postage prepaid envelope in the U.S. Mail on this 29th day of August, 2008.

                                             ___s/ Jonathan J.C. Grey_____
                                             Jonathan J.C. Grey

CH1 11551834.1