**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                   Case Number:   08cv4940

LOGAN BERKOWITZ v. UNITED AIRLINES EMPLOYEE

WELFARE BENEFIT PLAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

United Airlines Employee Welfare Benefit Plan, Defendant

| |
|---|
| NAME (Type or print) <br> Laura E. Reasons |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Laura E. Reasons |
| FIRM <br> Seyfarth Shaw LLP |
| STREET ADDRESS <br> 131 South Dearborn Street, Suite 2400 |
| CITY/STATE/ZIP <br> Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6293622 | TELEPHONE NUMBER <br> 312-460-5545 |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") | N |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") | N |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") | N |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") | N |

| |
|---|
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br><br> RETAINED COUNSEL                    APPOINTED COUNSEL |